FILED
August 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002014722

2

JAN P. JOHNSON
Standing Chapter 13 Trustee
P. O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No: 09-34818-B-13J |
| | ) | DC No.: JPJ-01 |
| | ) | |
| RAYMOND DILG, | ) | **TRUSTEE'S MOTION TO DISMISS** |
| JEANNIE DILG, | ) | |
| | ) | |
| | ) | DATE: SEPTEMBER 23, 2009 |
| | ) | TIME: 1:00 PM |
| Debtor(s) | ) | COURTROOM: 33 |

JAN P. JOHNSON, CHAPTER 13 TRUSTEE, hereby moves the Court for an Order Dismissing this case pursuant to 11 U.S.C. §1307, General Order 05-03, and as supported by the attached declaration for the following reason(s):

The debtor has failed to file a standard Chapter 13 Form Plan, Schedules A –J, Statement of Financial Affairs, Statement of Current Monthly Income and Disposable Income Calculation,

1

and a certificate of completion from an approved non-profit budget and credit counseling agency within the time allowed pursuant to 11 U.S.C. §521 and Local Bankruptcy Rule 3015-1(a).

Pursuant to 11 U.S.C. §521(i)(1), the case may be automatically dismissed effective on the 46th day after the date of the filing of the petition if the missing documents are not filed within 45 days after the date of the filing of the petition.

WHEREFORE, the Trustee asks that the Court grant an Order Dismissing this proceeding.

Dated: AUGUST 11, 2009   /s/ Jan P. Johnson
Jan P. Johnson, Standing Chapter 13 Trustee