JAN P. JOHNSON
Standing Chapter 13 Trustee
P.O. Box 1708
Sacramento, California 95812-1708
(916) 492-8001
pobox1708@jpj13trustee.com

FILED
August 11, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002014723

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

IN RE: ) Case No: 09-34818-B-13J
) DC No.: JPJ-01
)
RAYMOND DILG, ) **NOTICE OF TRUSTEE'S**
JEANNIE DILG, ) **MOTION TO DISMISS**
)
) DATE: SEPTEMBER 23, 2009
) TIME: 1:00 PM
Debtor(s) ) COURTROOM: 33

NOTICE IS HEREBY GIVEN, that JAN P. JOHNSON, Standing Chapter 13 Trustee, has filed with the Court a Motion to Dismiss the above referenced case. The motion shall be heard by the Honorable Judge Thomas C. Holman at the United States Courthouse, 6th Floor, 501 I Street, Sacramento, California.

OPPOSITION TO THIS MOTION must be in writing and must be filed with the United States Bankruptcy Court at least fourteen (14) calendar days before the hearing. **The deadline to file timely written opposition is SEPTEMBER 9, 2009.** Without good cause, no party shall

1

be heard in opposition to the motion at oral argument if written opposition has not been timely filed. Failure to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion. Copies of any opposition should be served on the following addresses:

**Antonia Darling, AUST**
**United States Trustee**
**501 I Street, Suite 7-500**
**Sacramento, CA 95814**

**Jan P. Johnson**
**Chapter 13 Trustee**
**PO Box 1708**
**Sacramento, CA 95812**

THE HEARING MAY BE CONTINUED on the motion to such date, time, and place as the Court may order, and without additional notice to you unless so ordered by the Court. Your case may be dismissed if you fail to appear and oppose the motion. The Court may dismiss your case pursuant to 11 U.S.C. §109(g) prohibiting any further bankruptcy filings for 180 days from the entry of the order dismissing if the Court finds facts sufficient for such a ruling.

THE COURT MAY DISMISS AUTOMATICALLY DISMISS YOUR CASE if you fail to file the missing documents within 45 days after the filing of the petition pursuant to 11 U.S.C. §521(i)(1).

**Your rights may be affected.** **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.**

Dated: AUGUST 11, 2009         /s/ Jan P. Johnson
                               Jan P. Johnson, Standing Chapter 13 Trustee